IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br><br> vs <br><br> 1) JOEL RIVERA-ALEJANDRO <br> 2) CARLOS RIVERA-ALEJANDRO <br> 3) ALEXIS RIVERA-ALEJANDRO <br> 4) ANGEL BETANCOURT-RIVERA <br> 5) ROBERTO C. FONTANEZ-VEGA <br> 6) ABIMAEL SERRANO-FIGUEROA <br> 7) CARLOS E. RIVERA-RIVERA <br> 8) ISMAEL RIVERA-SANTOS <br> 9) JOSE GARCIA-RODRIGUEZ <br> 10) CARLOS GONZALEZ-FRANCO <br> 11) NATANAEL RUIZ-ORTEGA <br> 12) ANGEL LOPEZ-MALDONADO <br> 13) JOSE RIVERA-SIERRA <br> 14) JUAN RIVERA-GEORGE <br> 15) JULIO ALEXIS ORTIZ-BERRIOS <br> 16) CARLOS A. RIVERA-RIVERA <br> 17) MIGUEL ANGEL VEGA-DELGADO <br> 18) VALERIE RIVERA-DEYA <br> 19) SUANETTE RAMOS-GONZALEZ <br> 20) JOSE L. FIGUEROA-CAMILO <br> 21) ROSARIO RIVERA-GUZMAN <br> 22) JAIME LOPEZ-CANALES <br> 23) JUAN GONZALEZ-RAMOS <br> 24) HECTOR RIVERA-BETANCOURT <br> 25) ANGEL LUIS BETANCOURT-ORTIZ <br> 26) RICARDO BETANCOURT-ORTIZ <br> 27) JOSE LUIS DIAZ-FIGUEROA <br> 28) JUAN GARCIA-RODRIGUEZ <br> 29) LUIS X. RIVERA-RIVERA <br> 30) JOSE TRINIDAD-PAGAN <br> 31) EDGARDO RUIZ-TORRES <br> 32) BIENVENIDO LOPEZ-CRUZ <br> 33) JOSE E. PEÑA-MARTINEZ <br> 34) RAUL TORRES-SANTANA <br> 35) DAVID A. BULTRON-FLORES <br> 36) KAREN LISBETH FIGUEROA-GALLARTUA <br> 37) JORGE L. CRUZ-MALDONADO <br> 38) JOSE L. TORRES-AGOSTO <br> 39) VICTOR CASTRO-RODRIGUEZ <br> 40) OSVALDO PEREZ <br> 41) JUAN GABRIEL DE LA CRUZ-GUZMAN <br> 42) ROBERTO BRUNO-DIAZ <br> 43) LUIS E. SANCHEZ-ENCARNACION <br> 44) JONATHAN CARRASQUILLO-COLON <br> 45) NOEL RODRIGUEZ-ADORNO <br> 46) ADDIER ENCARNACION-CRUZ <br> 47) IDALIA MALDONADO-PENA | CRIMINAL 09-0165CCC |

CRIMINAL 09-0165CCC                              2

| |
|---|
| 48) JAIME RIVERA-NIEVES<br>49) DOLORES ALEJANDRO<br>50) MANUEL ANTONIO FERRER-HADDOCK<br>51) RUBEN DELGADO-MALDONADO<br>52) MARLENIS CARRASQUILLO-QUIÑONES<br>**53) ANGEL LUIS RIVERA-RIVERA**<br>54) HECTOR ORTIZ-MARQUEZ<br>55) RAMON RODRIGUEZ-IDELFONSO<br>Defendants |

**ORDER**

Having considered the Report and Recommendation filed on October 22, 2012 (**docket entry 2182**) on a Rule 11 proceeding of defendant Angel Luis Rivera-Rivera (53) held before U.S. Magistrate Judge Bruce J. McGiverin on October 22, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 22, 2012. **The sentencing hearing is set for January 29, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 15, 2012.

                                                S/CARMEN CONSUELO CEREZO
                                                United States District Judge